

PP 4210.2
Attachment J
Inmate Institutional Work Program

## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | Ryan Nichols | DCDC # | | Date | 8/12/2021 |
|---|---|---|---|---|---|

| Evaluation Period (Month/Year) | Squad | Position/Grade |
|---|---|---|
| June – Aug | C.B. | Head Unit Detail |

**1. Quality of Work**

| | | |
|---|---|---|
| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**

| | | |
|---|---|---|
| ✓ | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**

| | | |
|---|---|---|
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**

| | | |
|---|---|---|
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**

| | | |
|---|---|---|
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:

| | |
|---|---|
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

Supervisor's Signature: M. Abdullah   Date: 8/12/2021

Inmate's Signature: Ryan Nichols   Date: 8/12/21

Inmate's Response:

Original — Inmate's Institutional File
Copy — Inmate Worker
      Squad Supervisor

*Note: Resident Nichols serves as Head Detail. Outstanding with maintaining Covid Compliance as far as unit Sanitation. No disciplinary or behavioral concerns. Status report submitted to Zone Supervisor.



# DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | DCDC # | Date |
|---|---|---|---|
| Ryan Nichols | | 376795 | 8/17/21 |
| Evaluation Period (Month/Year) | Squad | Position/Grade | |

### 1. Quality of Work
| | | |
|---|---|---|
| **X** | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

### 2. Quantity of Work
| | | |
|---|---|---|
| **X** | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

### 3. Initiative
| | | |
|---|---|---|
| **X** | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

### 4. Dependability, Safety, Care of Equipment
| | | |
|---|---|---|
| **X** | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

### 5. Response to Supervision
| | | |
|---|---|---|
| **X** | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

### 6. Overall Job Proficiency: If in community based upon inmate's performance would you:
| | |
|---|---|
| **X** | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job ~~at a lower rate~~ of pay |
| | Terminate inmate's ~~employment~~ |

Supervisor's Signature [signed]     Date 8/17/21

Inmate's Signature Ryan Nichols     Date 8/17/21

Inmate's Response:

Original   Inmate's Institutional File
Copy   Inmate Worker
     Squad Supervisor


## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name: Nichols, Ryan | | DCDC #: 376-795 | Date: 8-24-21 |
|---|---|---|---|
| Evaluation Period (Month/Year): August 2021 | Squad: C2B | Position/Grade: Unit Detail | |

### 1. Quality of Work
| | | |
|---|---|---|
| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

### 2. Quantity of Work
| | | |
|---|---|---|
| ✓ | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

### 3. Initiative
| | | |
|---|---|---|
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

### 4. Dependability, Safety, Care of Equipment
| | | |
|---|---|---|
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

### 5. Response to Supervision
| | | |
|---|---|---|
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

### 6. Overall Job Proficiency: If in community based upon inmate's performance would you:
| | |
|---|---|
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

Supervisor's Signature: [signature]   Date: 8-24-21

Inmate's Signature: Ryan Nichols   Date: 8/24/21

Inmate's Response:

Original: Inmate's Institutional File
Copy: Inmate Worker
      Squad Supervisor

\* Inmate Nichols goes above & beyond his job duties. Always shows respect and will do watever is asked of him.



PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
# WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | DCDC # | Date |
|---|---|---|---|
| Nichols, Ryan | | 376-795 | 9/1/2021 |
| Evaluation Period (Month/Year) | Squad | Position/Grade | |
| 3/8/21-Present | In-house | | |

**1. Quality of Work**

| | | |
|---|---|---|
| X | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**

| | | |
|---|---|---|
| X | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**

| | | |
|---|---|---|
| X | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**

| | | |
|---|---|---|
| X | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time . |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**

| | | |
|---|---|---|
| X | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:

| | |
|---|---|
| X | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

| Supervisor's Signature | Date |
|---|---|
| Sgt. S. Franklin  *Sgt S Frnh* | 9/1/2021 |
| Inmate's Signature | Date |
| Ryan Nichols | 9/1/21 |
| Inmate's Response | |

Original   Inmate's Institutional File
Copy   Inmate Worker
   Squad Supervisor

## Work Performance Comments

Inmate Nichols, Ryan DCDC 376-795 has been housed in housing unit C2B since entering the Correctional Treatment Facility. Inmate Nichols, Ryan has been an outstanding contribution to C2B since being assigned to the housing unit and the detail squad. His natural leadership ability has been steadfast and unwavering. Inmate Nichols gives 100% effort in every assignment that is given to him. <u>Since entering the Correctional Treatment Facility Inmate Nichols hasn't had any adverse action or any Disciplinary Reports for negative institutional behavior</u>, in fact Inmate Nichols consistently shows positive institutional behavior with all staff and the entire inmate population assigned to housing unit C2B. Inmate Nichols is a mentor that is used daily by uniform and non-uniform staff assigned to the housing unit. Inmate Nichols has been many assignments with little to no supervision. Inmate Nichols is a morale booster, counselor amongst the Inmate Population assigned to housing unit C2B, his ability to quarrel disputes between others inmate's is outstanding. I recommend that Inmate Nichols be given the next position based off of his excellent work ethic and his ability to continue to display his positive institutional behavior.

Sergeant Shawn Franklin

Correctional Treatment Facility

C Building Zone Supervisor

## Work Performance Comments

Inmate Nichols, Ryan DCDC 376-795 has been housed in housing unit C2B since entering the Correctional Treatment Facility. Inmate Nichols, Ryan has been an outstanding In-housed detail squad member since he had been assigned to the detail squad since March 9, 2021. His assignment is to ensure the cleanliness of the entire housing unit with little to no supervision. Inmate Nichols, Ryan is consistently shows positive institutional behavior with all staff and the entire inmate population assigned to housing unit C2B. Inmate Nichols, Ryan gives 100% effort in every assignment that is given to him. Inmate Nichols, Ryan is a mentor that is used daily by uniform and non-uniform staff assigned to the housing unit. Inmate Nichols, Ryan is a morale booster amongst the inmate population.

*Sgt. Shawn Franklin* (signature)

Sgt. Shawn Franklin

C Building Zone Supervisor

# Work Performance Write-up

Ryan Nichols has been an outstanding member of the detail unit in Pod C-2B since April 16th. He oversees the unit's sanitation and cleanliness, follows all instructions given to him, and gives 100% effort in every task. Mr. Nichols is consistently polite and respectful to all officers and fellow inmates. Last, but certainly not least, Mr. Nichols is a problem solver. When morale is low, Ryan finds a way to uplift the spirits of those around him in order to create a safe, positive, and stable environment.