## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN NICHOLS ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 22-cv-02356 |
| ) | |
| GARLAND, ET AL., ) | |
|     Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Petitioner Ryan Nichols, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby gives notice of voluntary dismissal of this action without prejudice. Because this action is being dismissed *before* any Respondent filed a response, court approval is not required.

Dated: October 7, 2022

                                                                             Respectfully Submitted,

                                                                             /s/Jonathan Gross
                                                                             Bar ID: MD0162
                                                                             2833 Smith Ave. Suite 331
                                                                             Baltimore, MD 21209
                                                                             (443) 813-0141
                                                                             jon@clevengerfirm.com

                                                                             Joseph D. McBride, Esq.
                                                                             Bar ID:  NY0403
                                                                             THE MCBRIDE LAW FIRM, PLLC
                                                                             99 Park Avenue, 6th Floor
                                                                             New York, NY 10016
                                                                             p: (917) 757-9537
                                                                             e: jmcbride@mcbridelawnyc.com

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/Jonathan Gross